```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 18-04964-RNO
Michael A. Hunt                                                     Chapter 13
         Debtor               CERTIFICATE OF NOTICE
District/off: 0314-5       User: KADavis           Page 1 of 2           Date Rcvd: Mar 27, 2019
                           Form ID: ntcnfhrg       Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db             Michael A. Hunt,    5567 Olde Mill Run,    Stroudsburg, PA  18360-7482
cr             Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    PO Box 280948,
                 Harrisburg, PA  17128-0938
5134605        America's Servicing Company,    PO Box 10335,    Des Moines, IA  50306-0335
5134606        American Express,    PO Box 981535,    El Paso, TX  79998-1535
5134607        American Express Centurion Bank,    Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
5151151        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA  19355-0701
5134609        ECMC,   PO Box 16408,    Saint Paul, MN  55116-0408
5158746       +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
5134603        Hunt Michael A,    5567 Olde Mill Run,    Stroudsburg, PA  18360-7482
5134611        John O'Brien, Esquire,    Oliver, Price and Rhodes,    1212 S Abington Rd,
                 Clarks Summit, PA  18411-2234
5134604        Law Office of David J Harris,    67-69 Public Sq Ste 700,    Wilkes Barre, PA  18701-2515
5134612        NY State Higher Education Services Corp.,    99 Washington Ave,    Albany, NY  12210-2822
5134614        Phelan Hallinan Diamond And Jones,    ATTN: Mario Hanyon,    1617 John F Kennedy Blvd Ste 1400,
                 Philadelphia, PA  19103-1814
5134618        Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA  50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5134608        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 19:38:29      American InfoSource,
                 First Data Global Leasing,    PO Box 248838,    Oklahoma City, OK  73124-8838
5134610        E-mail/Text: cio.bncmail@irs.gov Mar 27 2019 19:29:31      Internal Revenue Service,
                 P. O. Box 7346,    Philadelphia, PA  19101-7346
5134613        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2019 19:29:47      PA Dept Of Revenue,
                 P. O. Box 280946 Bankruptcy Division,    Harrisburg, PA  17128-0946
5138455        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2019 19:29:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
5159611       +E-mail/Text: bncmail@w-legal.com Mar 27 2019 19:29:57      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
5134615        E-mail/Text: jdavis@valorcu.org Mar 27 2019 19:29:24      Tobyhanna Federal Credit Union,
                 315 Franklin Avenue,    Scranton, PA  18503-1201
5134616        E-mail/Text: jdavis@valorcu.org Mar 27 2019 19:29:24      Valor Federal Credit Union,
                 315 Franklin Ave,    Scranton, PA  18503-1201
5134617        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2019 19:28:44
                 Verizon,    500 Technology Dr Ste 300,    Weldon Spring, MO  63304-2225
5154519        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 19:38:57      Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor 1 Michael A. Hunt dh@lawofficeofdavidharris.com,
                davidharrisesqign@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          James Warmbrodt    on behalf of Creditor   HSBC Bank USA., National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 Asset Backed Pass-Through Certificates bkgroup@kmllawgroup.com
          Melissa L. Van Eck    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue  mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                    TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael A. Hunt,

**Debtor 1**

Chapter 13

Case No. 5:18–bk–04964–RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **April 30, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: May 7, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 27, 2019 |

ntcnfhrg (03/18)