# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     MICHAEL A. HUNT
                Debtor(s)

CHARLES J. DEHART, III             CHAPTER 13
CHAPTER 13 TRUSTEE
        Movant

vs.                                             CASE NO: 5-18-04964-RNO

MICHAEL A. HUNT
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on August 21, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on January 22, 2019.

2. A hearing was held and an Order was entered on May 7, 2019 directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                      Respectfully submitted,

                                                      s/   Agatha R. McHale, Esq.
                                                      Id:   47613
                                                      Attorney for Trustee
                                                      Charles J. DeHart, III
                                                      Standing Chapter 13 Trustee
                                                      Ste. A, 8125 Adams Drive
                                                      Hummelstown, PA   17036
                                                      Ph.   717-566-6097
                                                      Fax. 717-566-8313
                                                      eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: MICHAEL A. HUNT

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 5-18-04964-RNO

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: September 10, 2019<br><br>Time: 09:30 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: August 21, 2019

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   MICHAEL A. HUNT

               Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE            CHAPTER 13
              Movant
MICHAEL A. HUNT

                                                        CASE NO: 5-18-04964-RNO

             Respondent(s)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on August 21, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DAVID J. HARRIS, ESQUIRE<br>69 PUBLIC SQUARE<br>SUITE 700<br>WILKES-BARRE, PA   18701- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| MICHAEL A. HUNT<br>5567 OLDE MILL RUN<br>STROUDSBURG, PA   18360-7482 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   August 21, 2019                                       Respectfully,
                                                                         Vickie Williams
                                                                           for Charles J. DeHart, III, Trustee
                                                                           Suite A, 8125 Adams Dr.
                                                                           Hummelstown, PA   17036
                                                                           Phone:   (717) 566-6097
                                                                           eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MICHAEL A. HUNT

|                                    |                          |
|------------------------------------|--------------------------|
| Debtor(s)                          | CHAPTER 13               |
| CHARLES J. DEHART, III             |                          |
| CHAPTER 13 TRUSTEE                 |                          |
| Movant                             |                          |
| MICHAEL A. HUNT                    | CASE NO: 5-18-04964-RNO  |
| Respondent(s)                      |                          |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.