```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 18-04964-RNO
Michael A. Hunt                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini         Page 1 of 2       Date Rcvd: Sep 05, 2019
                              Form ID: pdf010        Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.
```
db            Michael A. Hunt,    5567 Olde Mill Run,    Stroudsburg, PA  18360-7482
cr            Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    PO Box 280948,
               Harrisburg, PA  17128-0938
5134605       America's Servicing Company,    PO Box 10335,    Des Moines, IA  50306-0335
5134606       American Express,    PO Box 981535,    El Paso, TX  79998-1535
5134607       American Express Centurion Bank,    Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
5151151       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA  19355-0701
5134609       ECMC,    PO Box 16408,    Saint Paul, MN  55116-0408
5158746      +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
5134603       Hunt Michael A,    5567 Olde Mill Run,    Stroudsburg, PA  18360-7482
5134611       John O'Brien, Esquire,    Oliver, Price and Rhodes,    1212 S Abington Rd,
               Clarks Summit, PA  18411-2234
5134604       Law Office of David J Harris,    67-69 Public Sq Ste 700,    Wilkes Barre, PA  18701-2515
5134612       NY State Higher Education Services Corp.,    99 Washington Ave,    Albany, NY  12210-2822
5134614       Phelan Hallinan Diamond And Jones,    ATTN: Mario Hanyon,    1617 John F Kennedy Blvd Ste 1400,
               Philadelphia, PA  19103-1814
5134618       Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA  50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 05 2019 19:26:14
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5134608       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 05 2019 19:26:26      American InfoSource,
               First Data Global Leasing,    PO Box 248838,    Oklahoma City, OK  73124-8838
5134610       E-mail/Text: cio.bncmail@irs.gov Sep 05 2019 19:21:10      Internal Revenue Service,
               P. O. Box 7346,    Philadelphia, PA  19101-7346
5134613       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2019 19:21:14       PA Dept Of Revenue,
               P. O. Box 280946 Bankruptcy Division,    Harrisburg, PA  17128-0946
5138455       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2019 19:21:15
               Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
               Harrisburg PA  17128-0946
5159611      +E-mail/Text: bncmail@w-legal.com Sep 05 2019 19:21:22      SYNCHRONY BANK,
               c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
5215166      +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2019 19:26:35      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5134615       E-mail/Text: jdavis@valorcu.org Sep 05 2019 19:21:07      Tobyhanna Federal Credit Union,
               315 Franklin Avenue,    Scranton, PA  18503-1201
5134616       E-mail/Text: jdavis@valorcu.org Sep 05 2019 19:21:07      Valor Federal Credit Union,
               315 Franklin Ave,    Scranton, PA  18503-1201
5134617       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 05 2019 19:20:30
               Verizon,    500 Technology Dr Ste 300,    Weldon Spring, MO  63304-2225
5154519       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 05 2019 19:26:26      Verizon,
               by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              D Brian Simpson    on behalf of Creditor    United States of America/Internal Revenue Service
               d.brian.simpson@usdoj.gov,   jennifer.johnson-sbert@usdoj.gov
              David J. Harris    on behalf of Debtor 1 Michael A. Hunt dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James  Warmbrodt    on behalf of Creditor    HSBC Bank USA., National Association, as Trustee for
               ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 Asset Backed Pass-Through
               Certificates bkgroup@kmllawgroup.com
              Melissa L. Van Eck    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               mvaneck@attorneygeneral.gov,   ARC-CourtMiddleDistrict@attorneygeneral.gov
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,   DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Michael A. Hunt

    Debtor 1

Chapter: 13
Case No.: 5:18-bk-04964-RNO

Charles J DeHart, III (Trustee)

    vs.    Movant(s)

Michael A. Hunt

    Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: September 5, 2019

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Order Dismissing Case with Parties - Revised 9/17